UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SETH S. PATINKIN,<br><br>                Plaintiff,<br><br>                v.<br><br>CITY OF BLOOMINGTON, INDIANA; KEVIN BOWLEN, CAROL JACK, SUSIE JOHNSON, LISA ABBOTT, MAYOR MARK KRUZAN, BARBARA MCKINNEY, DANIEL GRUNDMANN, KEVIN ROBLING, PATRICIA MULVIHILL, SARAH WEBBER-LIU, all in their official and individual capacities; and STACEE EVANS and JOHN DOES 1 through 10,<br><br>                Defendants. | CAUSE NO. 1:07-cv-482-SEB-JMS |

## ORDER

Defendants City of Bloomington, Indiana, Kevin Bowlen, Carol Jack, Susie Johnson, Lisa Abbott, Mayor Mark Kruzan, Barbara McKinney, Daniel Grundmann, Kevin Robling, Patricia Mulvihill, and Sarah Webber-Liu, in their official and individual capacities, having filed their motion to dismiss for failure to prosecute pursuant to Fed.R.Civ.P. 41(b), memorandum of law, and tender and designation of evidence, and the court having reviewed same and being otherwise duly advised now grants these defendants' motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendants' motion be and hereby is granted, and this cause is hereby dismissed without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b), with costs to defendant. If no motion to reopen is filed within sixty days of the date of this entry, the dismissal shall then become with prejudice.

Dated: __07/16/2008__

                                                                                *SARAH EVANS BARKER, JUDGE*
                                                                                United States District Court
                                                                                Southern District of Indiana

**DISTRIBUTION TO:**

**Via electronic delivery:**

James S. Stephenson
jstephenson@stephlaw.com
Rosemary L. Borek
rborek@stephlaw.com
STEPHENSON MOROW & SEMLER
8710 North Meridian Street
Suite 200
Indianapolis, IN  46260

Brian M. Morris, Esq.
mylawyerbrian@hotmail.com
1250 North LaSalle
Number 1110
Chicago, IL  60610

**Via U.S. mail:**

Seth S. Patinkin
30 E. Huron Street, #4409
Chicago, IL   60611

07-5537/tjr